

Molly C. Dwyer
Clerk of Court

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number: 25-7342
Originating Case Number: 3:25-cv-04737-RFL

Short Title: Thakur, et al. v. Trump, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number: 25-7342
Originating Case Number: 3:25-cv-04737-RFL

Case Title: Thakur, et al. v. Trump, et al.

**Wednesday, November 26, 2025**

| | |
|---|---|
| Marco Rubio | Mediation Questionnaire due |
| Peter Hegseth | Mediation Questionnaire due |
| AmeriCorps | Mediation Questionnaire due |
| Chris Wright | Mediation Questionnaire due |
| United States Department of State | Mediation Questionnaire due |
| United States Department of Defense | Mediation Questionnaire due |
| Doug Burgum | Mediation Questionnaire due |
| United States Department of Energy | Mediation Questionnaire due |
| National Science Foundation | Mediation Questionnaire due |
| Brian Stone | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| Brooke Rollins | Mediation Questionnaire due |
| Sean Duffy | Mediation Questionnaire due |
| National Endowment for the Humanities | Mediation Questionnaire due |
| Jennifer Bastress Tahmasebi | Mediation Questionnaire due |
| United States Department of Education | Mediation Questionnaire due |
| United States National Institutes of Health | Mediation Questionnaire due |
| Martin A. Makary | Mediation Questionnaire due |

| | |
|---|---|
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| Lee Zeldin | Mediation Questionnaire due |
| Michael McDonald | Mediation Questionnaire due |
| Keith Sonderling | Mediation Questionnaire due |
| United States Department of the Interior | Mediation Questionnaire due |
| Matthew Buzzelli | Mediation Questionnaire due |
| Linda McMahon | Mediation Questionnaire due |
| United States Department of Government Efficiency | Mediation Questionnaire due |
| United States Food and Drug Administration | Mediation Questionnaire due |
| United States Environmental Protection Agency | Mediation Questionnaire due |
| Amy Gleason | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| United States Centers for Disease Control | Mediation Questionnaire due |
| United States Department of Agriculture | Mediation Questionnaire due |
| Donald J. Trump | Mediation Questionnaire due |
| Institute of Museum and Library Services | Mediation Questionnaire due |
| Jayanta Bhattacharya | Mediation Questionnaire due |

**Friday, December 19, 2025**

| | |
|---|---|
| Peter Hegseth | Preliminary Injunction Opening Brief Due |
| United States Food and Drug Administration | Preliminary Injunction Opening Brief Due |
| Brian Stone | Preliminary Injunction Opening Brief Due |
| Chris Wright | Preliminary Injunction Opening Brief Due |
| Matthew Buzzelli | Preliminary Injunction Opening Brief Due |
| Institute of Museum and Library Services | Preliminary Injunction Opening Brief Due |
| United States Department of State | Preliminary Injunction Opening Brief Due |
| Sean Duffy | Preliminary Injunction Opening Brief Due |
| United States Centers for Disease Control | Preliminary Injunction Opening Brief Due |
| Jayanta Bhattacharya | Preliminary Injunction Opening Brief Due |
| Amy Gleason | Preliminary Injunction Opening Brief Due |
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| National Science Foundation | Preliminary Injunction Opening Brief Due |
| United States Department of Defense | Preliminary Injunction Opening Brief Due |
| National Endowment for the Humanities | Preliminary Injunction Opening Brief Due |
| Michael McDonald | Preliminary Injunction Opening Brief Due |
| AmeriCorps | Preliminary Injunction Opening Brief Due |
| United States Department of the Interior | Preliminary Injunction Opening Brief Due |
| Lee Zeldin | Preliminary Injunction Opening Brief Due |
| Donald J. Trump | Preliminary Injunction Opening Brief Due |
| Keith Sonderling | Preliminary Injunction Opening Brief Due |
| United States Department of Energy | Preliminary Injunction Opening Brief Due |
| Martin A. Makary | Preliminary Injunction Opening Brief Due |
| United States Department of Government Efficiency | Preliminary Injunction Opening Brief Due |
| United States Environmental Protection Agency | Preliminary Injunction Opening Brief Due |
| United States Department of Agriculture | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |
| Brooke Rollins | Preliminary Injunction Opening Brief Due |
| Marco Rubio | Preliminary Injunction Opening Brief Due |
| United States Department of Education | Preliminary Injunction Opening Brief Due |
| Doug Burgum | Preliminary Injunction Opening Brief Due |
| United States Department of Transportation | Preliminary Injunction Opening Brief Due |
| Jennifer Bastress Tahmasebi | Preliminary Injunction Opening Brief Due |
| Linda McMahon | Preliminary Injunction Opening Brief Due |
| United States National Institutes of Health | Preliminary Injunction Opening Brief Due |

**Friday, January 16, 2026**

| | |
|---|---|
| Eli Berman | Preliminary Injunction Answering Brief Due |
| Robert Hirst | Preliminary Injunction Answering Brief Due |
| Ken Alex | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| Nell Green Nylen | Preliminary Injunction Answering Brief Due |
| Neeta Thakur | Preliminary Injunction Answering Brief Due |
| Susan Handy | Preliminary Injunction Answering Brief Due |
| Jedda Foreman | Preliminary Injunction Answering Brief Due |
| Christine Philliou | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**