**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

NEETA THAKUR, *et al.*,

    Plaintiffs-Appellees,

    v.

DONAL J. TRUMP, in his official capacity as
President of the United States, *et al.*,

    Defendants-Appellants.

No. 25-7342

**UNOPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully requests that proceedings in this matter be held in abeyance pending resolution of an earlier appeal of the same case in the Ninth Circuit Court of Appeals, *Thakur v. Trump*, No. 25-4249.

**1.** This case involves a class action lawsuit brought by individual researchers under the Administrative Procedure Act and the First Amendment challenging the government's decision to terminate various research-related grants.

On June 23, 2025, the district court issued an order certifying two classes under Rule 23; vacating the termination of grants to members of those classes by the National Endowment for the Humanities, the National Science Foundation, and the Environmental Protection Agency; and enjoining those agencies from "giving

effect to any grant termination that results in the termination of funding as to any member" of those classes, "where the termination was pursuant to Executive Orders 14151 of 14173." Preliminary Injunction Order, *Thakur v. Trump*, No. 3:25-cv-04737-RFL (N.D. Cal. June 23, 2025), Dkt. No. 55. The government promptly appealed that injunction and sought a stay from this Court. This Court denied the government's request for a stay, Order, *Thakur v. Trump*, No. 25-4249 (9th Cir. Aug. 21, 2025), Dkt. No. 38, and the government has sought rehearing of that denial, Petition for Rehearing, *Thakur*, No. 25-4249 (9th Cir. September 4, 2025), Dkt. No. 51. The merits of that appeal have been fully briefed and argued. *Thakur*, No. 25-4249, Dkt. Nos. 26, 45, 53, 68.

In the meantime, the district court issued an additional preliminary injunction on September 22, 2025. This injunction, which rests on the same grounds and grants substantially similar relief as the July 23 injunction, applies to the Department of Transportation, Department of Defense, and National Institutes of Health. Preliminary Injunction Order, *Thakur v. Trump*, 3:25-cv-04737-RFL (N.D. Cal. September 22, 2025), Dkt. Nos. 133, 134. The district court's September 22 injunction is the basis for the present appeal.

**2.** The issues in this appeal are substantially similar to the issues on appeal with respect to the district court's June 23 order currently pending before this Court. Both orders were issued on the same grounds and provide substantially

2

similar relief.  Thus, the resolution of the initial appeal, Case No. 25-4249, will likely be highly instructive, if not govern, this appeal.  For purposes of judicial economy and consistency within this Circuit, the government requests that this case be held in abeyance until the initial appeal, Case No. 25-4249, is resolved.

**3.** Plaintiffs do not oppose this motion.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant Attorney General*

ERIC D. McARTHUR
  *Deputy Assistant Attorney General*

DANIEL TENNY

*/s/ Sophia Shams*
SOPHIA SHAMS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7213*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *sophia.shams@usdoj.gov*
  *(202) 514-2495*

November 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 428 words. This motion complies with the typeface and type-style requirements of Rules 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using 14-point Times New Roman, a proportionally spaced typeface.

*/s/ Sophia Shams*
SOPHIA SHAMS

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Case Management System (ACMS). Participants in the case are registered ACMS users, and service will be accomplished by the ACMS.

/s/ Sophia Shams

SOPHIA SHAMS
