UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| NEETA THAKUR; et al., <br><br>     Plaintiffs - Appellees, <br><br> v. <br><br> DONALD J. TRUMP; et al., <br><br>     Defendants - Appellants. | No. 25-7342 <br><br> D.C. No. <br> 3:25-cv-04737-RFL <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellants' unopposed motion to hold proceedings in abeyance is granted.

Proceedings in this appeal shall be held in abeyance pending resolution of Case

No. 25-4249.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT